JOSEPHINE TELLER LAMBART, Respondent, Appellant, v. ERNEST OLIVER CAVAN

LAMBART, Appellant, Respondent.— Order affirmed, with ten dollars costs and disbursements to the plaintiff. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.